UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR517 CDP |
| ) | |
| CRAIG LAMONT MURPHY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant's motion to continue [#33] is granted and the change of plea hearing as to defendant **Craig Lamont Murphy** is reset to **Friday, February 6, 2009 at 1:00 p.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of January, 2009.